UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VADIM BABYREV on behalf of WILBUR TYSON,

                         Petitioner,

          -against-

Commissioner of the Office of Mental Health (OMH) of the State of New York ANN MARIE T. SULLIVAN; DR. BRIAN BELFI, the Executive Director of the Kirby Forensic Psychiatric Center (KFPC,

                         Respondents.

1:20-CV-3432 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued June 3, 2020, denying the petition without prejudice,

    IT IS ORDERED, ADJUDGED AND DECREED that the petition is denied without prejudice.

    IT IS FURTHER ORDERED that the Clerk of Court mail copies of this judgment to Vadim Babyrev, Sergey Babyrev, and Wilbur Wilson at the addresses listed in the June 3, 2020 order, and note service on the docket.

SO ORDERED.

Dated:   June 3, 2020
             New York, New York

                                                             _Louis L. Stanton_
                                                                  Louis L. Stanton
                                                                     U.S.D.J.